**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1    SAIF ALSENAD,

    Defendant.
_____/

Case: 2:25−cr−20614
Assigned To : Goldsmith, Mark A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 8/14/2025
Description: INFO USA V. ALSENAD (NA)

Violation: 18 U.S.C. § 1001(a)(2)

False Statement or Representation to a Department or Agency of the United States

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

(18 U.S.C. § 1001(a)(2) –
*False Statement or Representation Made
to a Department or Agency of the United States*)

On or about October 7, 2024, in the Eastern District of Michigan, Southern Division, defendant Saif ALSENAD, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, by telling agents of the Federal Bureau of Investigation that he was not aware that the former mayor of the City of Inkster, Patrick Wimberly, being a public official, had corruptly solicited, demanded, accepted and agreed to accept

1

cash bribes with the intent to be influenced and rewarded in connection with a business, transaction, or series of transactions of the City of Inkster, Michigan involving $5,000 or more. The statements and representations were false because, as ALSENAD then and there knew, Wimberly had arranged to accept cash bribes in exchange for Wimberly's assistance in obtaining a parcel of land for a developer.

All in violation of Title 18, United States Code, Section 1001(a)(2).

JEROME F. GORGON, JR.
United States Attorney

_____
JOHN K. NEAL
Assistant U.S. Attorney
Chief, Anti-Corruption Unit

_____
EATON P. BROWN
Assistant U.S. Attorney

Date:   August 14, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 2:25−cr−20614 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 23-CR-20562 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Hon. Linda V. Parker |
| ☒ Yes    ☐ No | **AUSA's Initials:** s/ E.B |

**Case Title:** USA v. Saif Alsenad

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**          ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 14, 2025
Date

s/Eaton Brown
Eaton Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9184
E-Mail address: Eaton.Brown@usdoj.gov
Attorney Bar #: P66003

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.