

**Safee Al**

3h · 🌐

This is not a setback. It's a curveball — one I will not allow to define me. My story, my truth, and everything that has been hidden will rise back to the surface. Darkness never lasts forever; light always finds its way through.

I began my career serving the people of Inkster, first as part of the police force and later through local government. Public service wasn't just a career path for me — it was a calling. I was encouraged to apply for the position by a local pastor, a woman I consider a second mother. At the time, I didn't even know the mayor personally. What I also didn't know was the corruption that was quietly unfolding behind the scenes. That truth only came to light later through prosecution.

Let's set the record straight before others try to build my narrative for me. I did not commit bribery. I was not charged with bribery. Even the government itself has acknowledged that I had no financial interest, no stake, and no benefit from my former boss's scheme. Those are the facts

To the so-called "community leaders" who chose silence when your voice could have mattered, to those who turned their backs, and even to those who spread falsehoods about me: Many of you I welcomed into my home. We broke bread together. I showed up to your events, your fundraisers, your causes. I supported and uplifted you because I believed in our shared mission. Yet in my moment of challenge, you repaid that trust with abandonment, whispers, and rumors. I want you to know this: I forgive you, but I will never forget.

I've dedicated my life to serving this community. I've given my time, my energy, and my heart to build something greater than myself. That purpose has not changed. It has only grown stronger. To my true supporters, the ones who refused to waver and who stood on the right side of history: thank you. Your belief in me reminds me why I fight, why I serve, and why I will rise again.

What some intended to use against me has only fueled my fire. My silence has been patience, not defeat. And patience is powerful. The truth cannot stay buried forever. When it breaks through, it will do so with clarity, with strength, and with a force that no rumor can withstand.

This chapter is not the end of my story. It is the beginning of something greater.