UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                                      Case No. 25-cr-20614

vs.                             HON. LINDA V. PARKER

SAIF ALSENAD,

    Defendant.
_____/

## INDEX OF DEFENDANT'S EXHIBITS

1. **Exhibit A**:  Chebbani Letter to the Court

2. **Exhibit B**:  Farrah Letter to the Court

3. **Exhibit C**:  Al-Ghawalb Letter to the Court

4. **Exhibit D**:  State Representative Thompson Letter to the Court

5. **Exhibit E**:  Professor Ahmad Letter to the Court

6. **Exhibit F**:  Miller Letter to the Court

7. **Exhibit G**:  Polygraph Report by Michael P. Fitzgerald

8. **Exhibit H**:  Hammoud Letter to the Court

9. **Exhibit I**:  Al-Hanooti Letter to the Court

10. **Exhibit J**:  Overman Letter to the Court