# EXHIBIT A

AMERICAN ARAB
CHAMBER OF COMMERCE

Honorable Linda V. Parker
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Rm. 204

**October 7, 2025**

Dear Judge Parker,

On behalf of the American Arab Chamber of Commerce, I am honored to write this letter speaking to the charecter of Saif Alsenad. For more than a decade, our organization and community have had the privilege of knowing Saif as a committed servant of the community, a respected leader, and a voice of integrity and compassion.

From a young age, Saif has consistently demonstrated a deep dedication to uplifting those around him. His involvement began through local high school clubs and youth initiatives, where he took on leadership roles that encouraged civic engagement, cultural pride, and service. Over the years, that commitment has only grown. He has organized charity events, food drives, and community service efforts that have provided meaningful support to families in need. He has also been a consistent advocate for underrepresented voices, standing up for fairness, inclusion, and opportunity for all.

Saif's impact extends beyond organized initiatives. He is someone who shows up, listens, and takes action. His background and professional path have equipped him with the skills to lead, inspire, and mobilize others toward positive change. He is trusted, dependable, and widely respected across generations within our community.

Equally important is Saif's character and personal responsibility. As the eldest son and only boy in his family, he has taken on the role of caretaker for his mother and two sisters. He carries this responsibility with maturity, humility, faith, and unwavering devotion. This speaks volumes about his values, his sense of duty, and the strength of his character. He is also a loyal friend to many, known for offering support, guidance, and encouragement whenever it is needed.

Saif's commitment to service is also reflected in his professional work advancing equity and access across Michigan. Through his work with the Suburban Mobility Authority for Regional Transportation (SMART), Saif has played an important role in making public transit more accessible and responsive to the needs of residents across the state. He has been especially impactful in supporting and leading efforts tied to the expansion of the SMART Flex program, including work that helped bring improved transit options to Dearborn and surrounding communities. His ability to connect directly with residents, understand their transportation challenges, and help implement real-world solutions speaks to both his competence and his deep care for the public.

AMERICAN ARAB
CHAMBER OF COMMERCE

In addition, Saif's work in government affairs with Wayne County demonstrates his ability to lead effectively within complex systems while always keeping people at the center of his efforts. He has contributed to strengthening regional transit efforts in Michigan and has been a strong advocate for residents from all walks of life, ensuring their voices are heard, their needs are represented, and that public services are delivered with fairness and dignity. Saif is strategic, thoughtful, and exceptionally effective at what he does, earning the trust of colleagues, partners, and community members alike.

Beyond his formal responsibilities, Saif is a trusted leader throughout the broader community and has consistently stepped up in roles that reflect both service and impact. He serves on several nonprofit boards and advisory groups, where he brings a strong voice for equity, community empowerment, and meaningful progress. No matter what room he is in, Saif is a fierce advocate, someone who speaks up for people who may not always have access, influence, or representation. He leads with purpose, integrity, and conviction, and he has earned a reputation as someone who drives results while staying grounded in the communities he serves.

Saif's voice is one that helps carry the Arab American community forward. He bridges generations, builds understanding, and leads with sincerity. Our community is stronger because of his presence and contributions.

For these reasons, I offer my highest recommendation and support for Saif Alsenad. I am confident that any opportunity or responsibility entrusted to him will be met with dedication, integrity, and excellence.

Please feel free to contact me or my Executive Director should you require any additional information.

Sincerely,

**Ahmad Chebbani**
Chairman & Co-Founder,
American Arab Chamber
of Commerce

**Bilal Hammoud**
Executive Director,
American Arab Chamber
of Commerce

Tel. (313) 945-1700
www.americanarab.com
12740 Warren Ave #300 Dearborn, MI 48126