# EXHIBIT C

Honorable Linda V. Parker

United States District Judge

Theodore Levin U.S. Courthouse

231 W. Lafayette Blvd., Rm. 204

Re: Sentencing of Mr. Saif Alsenad

Dear Judge Parker,

I am writing regarding the upcoming sentencing of Mr. Saif Alsenad. I have known Saif for over twenty years, both as a close family friend and as a professional colleague in public service, and I respectfully ask that the Court take this letter into consideration in your final decision on the case.

I first came to know Saif and his family through his younger sister, with whom I attended both high school and college. Over the years, I was welcomed into their home and came to know Saif as a brother, not just a friend of the family. We spent time together at community gatherings and volunteer events, including when he served as a police officer and we worked side by side distributing food boxes to families in need. I watched him not only perform his duties as an officer—protecting volunteers and ensuring the safety of everyone present—but also quietly check on people, making sure they had what they needed and treating every person with respect and dignity.

One of the most defining qualities about Saif is how deeply he cares for his community, his family, and his friends. He is the person who is always checking in on others, asking what they need, and looking for ways to help. For me personally, any time I have needed support, guidance, or even something small, I could call Saif and he would immediately step in, follow through, and ask nothing in return. He does not help people for recognition or benefit; he does it from a sincere desire to see others safe, supported, and cared for. In my experience, he is truly a "support system" for the people in his life.

I also had the privilege of working closely with Saif in a professional capacity as the Human Resources Director for the City of Inkster. In that role, I became even more aware of his character as a professional: he was consistently lawful, fair, and principled. He was deeply involved in helping the community, supporting efforts to bring business and opportunity to the city, and he was always willing to assist me in difficult staff situations or complex planning decisions.

Any time I needed insight into how to handle a sensitive matter, how to better plan for a specific outcome, or how to do what was most fair and just for our employees and residents, Saif was a leader and a guide. I often felt that I had one of the best people I could ask for standing beside me—someone who cared about doing things the right way, not the easy way. To this day, I still receive messages from people in the City of Inkster who tell me how positive their experience was working with me. I know that much of that success is a reflection of the leadership, example, and guidance Saif provided to me throughout my time

there, from the early stages of my career through every step of my service. It was both an honor and a privilege to work with him.

On a personal level, I have also witnessed the weight of responsibility Saif has carried within his own family. After the passing of his father many years ago, Saif stepped into the role of the only man in the household, supporting his elderly mother and three sisters. He took on that responsibility with quiet strength, consistency, and love. He has been a protector, a provider, and a steady presence for them—never complaining, always doing what needed to be done. The way he has cared for his family over the years is, in my view, a powerful reflection of his character and the kind of man he is.

I understand that Saif is before the Court because of serious allegations of conduct, and I do not wish to minimize the importance of the law or the impact of his actions. I fully respect the difficult responsibility the Court carries. At the same time, I hope it is clear that the Saif I know is not defined solely by this case. Over many years, in both personal and professional settings, he has shown himself to be lawful, fair, community-minded, and deeply committed to doing right by others. I have seen his remorse and his concern for how this situation has affected his family and everyone who cares about him. I truly believe that he has the capacity to learn from this experience and to continue being a positive, productive member of society.

Your Honor, I respectfully ask only that, in exercising your discretion, you consider the whole of who Saif is: a devoted son and brother, a loyal friend, a community servant, and one of the finest people I have known in my life. I believe that with mercy and the opportunity to move forward, he will continue to live up to those values and responsibilities.

Thank you very much for taking the time to read this letter and for considering my perspective as you make your decision in Saif's case.

Sincerely,

Zahraa A. Al-Ghawalb

36683 Canyon Dr.

Westland, MI 48186

zalghawalb@gmail.com

313-456-5624