# EXHIBIT D



| | | |
|---|---|---|
| 28TH DISTRICT<br>STATE CAPITOL<br>P.O. BOX 30014<br>LANSING, MI 48909-7514 | MICHIGAN HOUSE OF REPRESENTATIVES<br><br>**JAMIE THOMPSON**<br>STATE REPRESENTATIVE | PHONE: (517) 373-1772<br>FAX: (517) 373-5906<br>JamieThompson@house.mi.gov<br>RepThompson.com |

November 3, 2025

Dear Judge Parker,

I am writing regarding the upcoming sentencing of Mr. Saif Alsenad.

I first met Saif in my official capacity as the State Representative for Michigan's 28th House District, which includes portions of Wayne County. At that time, Saif was serving as the Wayne County Government Liaison, and our professional paths crossed frequently. From the very beginning, I was struck by his professionalism, compassion, and sincere commitment to public service.

Saif has consistently demonstrated a strong dedication to advocating for his community and for those less fortunate. He approaches his work with humility and a genuine desire to make a difference. What stands out most about Saif is his ability to bring people together—he works tirelessly to build bridges between political parties, faiths, and cultures, always with respect and understanding.

Over time, our working relationship grew into a friendship built on mutual respect and trust. On a personal note, when my 24 year old son was facing difficult times, Saif stepped in without hesitation to offer mentorship and guidance. His kindness and compassion made a lasting difference in my son's life, and I will always be grateful for that.

In his role as a public servant, Saif was also remarkably responsive and dependable. Whenever I or any of my constituents needed assistance, he was quick to respond and gave each matter his full attention. His integrity, empathy, and willingness to serve others are qualities that define his character.

Your Honor, I respectfully ask that you take this letter into consideration as you determine Saif's sentence. I know him to be a man of high integrity, compassion, and a genuine heart for service. I believe he has much good left to offer his community and those around him.

Thank you for taking the time to read and consider my letter.

Sincerely,

*Jamie Thompson*
Jamie Thompson
State Representative, 28th District

