# EXHIBIT H

MOURAD LAW
PROFESSIONAL LEGAL SERVICES

December 12, 2025

Honorable Linda V. Parker
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Rm. 204

Dear Judge Parker:

I am writing regarding the upcoming sentencing of Saif Alsenad. My name is Mohamed Ali Hammoud, and I am a licensed attorney in the State of Michigan. I have known Saif for approximately five years, since the early stages of my legal career when my firm began utilizing his services for process serving.

From the moment I met Saif, I was struck by his professionalism and integrity. Over time, I learned more about his personal story-one marked by resilience and responsibility. Saif lost his father at an early age and, rather than yielding to hardship, he immediately stepped up to support his mother and younger sister. That sense of duty and loyalty has defined his character ever since.

Saif possesses a rare blend of kindness, loyalty, and selflessness. As my legal practice grew, I turned to him for guidance on becoming more involved in the community. Without hesitation, Saif encouraged me to join several nonprofit organizations where he actively serves. Notably, he is a dedicated board member of both the Dearborn Education Foundation and the Dearborn Area Chamber of Commerce. Thanks to his recommendation and mentorship, I now also serve as a director on both boards. This has allowed me to contribute meaningfully to our community-a opportunity I owe to Saif's generosity.

What stands out most about Saif is his genuine desire to help others without expecting anything in return. In a world where such altruism is uncommon, Saif exemplifies it. He has consistently been there for me, both professionally and personally, offering support, advice, and connections solely to see others succeed.

His commitment extends far beyond his professional circle. Saif is a pillar in the Dearborn community-a man who gives his time, energy, and resources to uplift those around him. His biggest flaw, if it can be called one, is that he cares too deeply. Unfortunately, it appears that some individuals have taken advantage of his trusting and generous nature.

I understand the Court must weigh many factors in sentencing. In doing so, I respectfully ask that you consider Saif's character, his contributions to society, and his unwavering compliance with all bond conditions imposed thus far. He is not a threat to the community or the public. His family, his friends, and our community rely on his presence, support, and leadership.

This is the first character letter I have written in my professional career-a testament to the profound respect I hold for Saif. I hope the Court will view his life and actions in their full context as you determine an appropriate sentence.

Thank you for your time, attention, and consideration.

Respectfully submitted,

Attorney Mohamed Ali Hammoud