**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**Case No. 25-cr-20614**

**vs.**

**HON. LINDA V. PARKER**

**SAIF ALSENAD,**

**Defendant.**
**_______________________________/**

**UNOPPOSED MOTION TO MODIFY JUDGEMENT TO ALLOW TRAVEL FOR WORK**

Defendant Saif Alsenad, by and through his counsel, moves this Court to modify the Judgement and Commitment Order in this case to allow defendant to travel to the Western District of Michigan because he is required to do so for his work. In support of this Motion, undersigned counsel states:

1. Defendant made his initial appearance and was arraigned on this case on September 24, 2025.
2. On February 26, 2026, this Court sentenced defendant to serve 18 months of probation and pay a fine of $20,000. (ECF No. 17).

3. On February 27, 2026, the Court issued its final Judgement and Commitment Order. (ECF No. 17).
4. As part of the "Standard Conditions of Supervision" on page 3 of the order, it states, "You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer." (ECF No. 17; PageID.126).
5. Defendant Alsenad's employment requires that he repeatedly attend meetings in the Western District of Michigan (specifically, Lansing, Michigan) on an ongoing basis and often without much prior notice.
6. Undersigned counsel has discussed this issue with defendant's U.S. Probation Officer, Ms. Lipsey, who advised that it takes multiple days of advanced notice before defendant's request to leave the district can be approved. She stated that in defendant's case it would be more logistically feasible to amend the Judgement and Commitment Order to allow travel to the Western District of Michigan, including Lansing, when necessary for defendant's work.
7. Undersigned counsel has obtained the position of the United States, whose counsel advises that the government does not oppose this request for modification.

8. Therefore, counsel asks this Court to sign the proposed order lodged with the Court modifying the Judgement and Commitment Order to allow travel to the Western District of Michigan when defendant is required to do so for work.

Respectfully submitted,

/s/ *R. Michael Bullotta*

R. MICHAEL BULLOTTA
P85866/ CA 163401
Bullotta Law PLLC
615 Griswold St., Ste. 1620
Detroit, MI 48226
(313) 400-5775
michael@bullottalaw.com

Dated: March 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send a copy of such filing to all the parties in this matter.

/s/ *R. Michael Bullotta*
R. MICHAEL BULLOTTA
Counsel for Saif Alsenad