**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**Case No. 25-cr-20614**

**vs.** **HON. LINDA V. PARKER**

**SAIF ALSENAD,**

**Defendant.**
_______________________________/

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY JUDGMENT TO ALLOW TRAVEL FOR WORK**

Upon this Court's consideration of defendant Saif Alsenad's unopposed motion to modify the Judgment in this case to allow travel to the Western District of Michigan when required for work;

IT IS HEREBY ORDERED that the Judgment in this case is HEREBY MODIFIED in the following way:

Standard Condition number 3 on page 3 of the Judgment (ECF No. 17; PageID.126) shall be modified to read: 3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. However, you are permitted to travel to the

Western District of Michigan when required to do so for your employment without the need for prior authorization by the court or the probation officer.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 23, 2026